IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MADY CHAN,

    Plaintiff,        No. CIV S-09-2006 GGH P

  vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.      <u>ORDER</u>

_____/

        On March 3, 2010, plaintiff filed a request for entry of default. Plaintiff's request is denied because court records do not indicate that defendants have yet been served. Acknowledgment of service forms have been mailed, but have not been returned, but they are not overdue. Accordingly, IT IS HEREBY ORDERED that plaintiff's request for entry of default (no. 22) is denied.

DATED: March 17, 2010

                        /s/ Gregory G. Hollows

                        UNITED STATES MAGISTRATE JUDGE

ch2006.ord