IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MADY CHAN,

          Plaintiff,               No. CIV S-09-2006 GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

          Defendants.         ORDER

_____/

          On December 7, 2009, the court ordered the U.S. Marshal to serve defendants.

          Accordingly, IT IS HEREBY ORDERED that:

          1.  Within seven days of the date of this order, the U.S. Marshal shall inform the court of the status of service;

          2.  The Clerk of the Court shall serve a copy of this order on the U.S. Marshal.

DATED: April 19, 2010

                              /s/ Gregory G. Hollows

                            UNITED STATES MAGISTRATE JUDGE

ch2006.ord(2)

1