IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MADY CHAN,

    Plaintiff,                        No. CIV S-09-2006 GGH P

   vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.               ORDER

_____/

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On March 10, 2010, plaintiff filed a motion for sanctions in the form of a default judgment against defendants for failing to respond to court orders. Plaintiff's request is denied because court records do not indicate that defendants have yet been served.

       On April 19, 2010, the court ordered the U.S. Marshal to inform the court within seven days of the status of service. The seven days has passed and the court has still not been updated by the U.S. Marshal as to service. Therefore, the court will once again inquire as to the status of service.

       IT IS HEREBY ORDERED that:

       1. Plaintiff's motion for sanctions (no. 23) is denied;

1

1  2. Within seven days of the date of this order, the U.S. Marshal shall inform the
2  court of the status of service.
3  3. The Clerk of the Court shall serve a copy of this order on the U.S. Marshal;
4  due to the difficulties encountered with what would seem to be simple service, the Acting U.S.
5  Marshal shall respond personally.
6  DATED: June 1, 2010

        /s/ Gregory G. Hollows
        UNITED STATES MAGISTRATE JUDGE

GGH: AB
chan2006.sanc