IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADY CHAN, | No. 2:09-cv-02006-MCE-GGH P |
| Plaintiff, | |
| vs. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a county prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 27, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

///

///

///

1   In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
2   court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the
3   court finds the findings and recommendations to be supported by the record and by proper
4   analysis.
5   Accordingly, IT IS HEREBY ORDERED that:
6   1.  The findings and recommendations filed August 27, 2010, are adopted in full; and
7   2.  Plaintiff's claim regarding the Buddha altar contained in his August 17, 2010 motion
8   (Docket No. 48) is denied.

 Dated:  September 15, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE