MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Shanan L. Hewitt, CSN 200168

Attorneys for Defendant,
COUNTY OF SACRAMENTO and CHAPLAIN ORTIZ

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADY CHAN, <br><br> Plaintiff, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, et al., <br><br> Defendants. | CASE NO.  CIV 2:09-CV-02006 MCE GGH P <br><br> **ORDER ON EX PARTE APPLICATION TO VACATE THE DECEMBER 27, 2010 DEADLINE TO FILE DISPOSITIVE MOTIONS PENDING A RULING ON PLAINTIFF'S MOTION FOR LEAVE TO AMEND THE COMPLAINT** |

This case came on for an ex parte application of defendants COUNTY OF SACRAMENTO and CHAPLAIN ORTIZ for an order vacating the dispositive motion deadline of December 27, 2010 pending adjudication of Plaintiff's October 1, 2010 motion for leave to amend the complaint.  Good cause having been shown.

IT IS HEREBY ORDERED THAT:

1. The December 27, 2010 dispositive motion deadline is vacated and shall be reset pending a ruling on Plaintiff's motion for leave to amend the complaint.

Dated: December 29, 2010         /s/ Gregory G. Hollows
                                 _____
                                 United States Magistrate Judge

chan2006.vac