1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MADY CHAN,

11           Plaintiff,                    No. CIV S-09-2006 MCE GGH P

12       vs.

13   COUNTY OF SACRAMENTO, et al.,

14           Defendants.              ORDER

15   _____/

16           Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights

17   action pursuant to 42 U.S.C. § 1983.  The court ordered defendants to file a reply to plaintiff's

18   motion for a temporary restraining order.  Defendants filed a reply on March 4, 2011.  Plaintiff

19   may file a response within 7 days from the date of this order.

20           Accordingly, IT IS HEREBY ORDERED that plaintiff may file a response to

21   defendants' briefing within 7 days from the date of this order.

22   DATED: March 9, 2011

                                      /s/ Gregory G. Hollows

23                                   _____
                                      UNITED STATES MAGISTRATE JUDGE
24
     GGH: AB
25   chan2006.ord4

26

                                        1