IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MADY CHAN,

      Plaintiff,                    No. CIV S-09-2006 MCE GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.

ORDER

        Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.

        On March 29, 2011, the undersigned issued findings and recommendations denying in part plaintiff's motion for a temporary restraining order. The undersigned indicated that the court would begin finding an independent dentist to provide a report to the court in order to rule on the remainder of the motion.

        As the court seeks out a dentist, defendants shall provide to the court a copy of plaintiff's entire dental records including, but not limited to, paper records and X-Rays, within 21 days. Once a dentist is found, the court will arrange for the dentist to review plaintiff's records.

\\\\\

\\\\\

1

1  Accordingly, IT IS HEREBY ORDERED that defendants shall provide to
2  the court a copy of plaintiff's entire dental records including, but not limited to, paper records
3  and X-Rays, within 21 days.
4  DATED: March 31, 2011

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH: AB
chan2006.ord5

2