IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MADY CHAN,

      Plaintiff,                     No. CIV S-09-2006 MCE GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.

ORDER

        Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On May 18, 2011, the court indicated that plaintiff's dental records were being submitted to Dr. Couch to independently review the records and provide a report to the court. Dr. Couch has provided a report to the court which the clerk shall file on the docket and serve upon the parties.

        Within 14 days the parties shall file supplemental briefing in light of the report. The briefing shall also address the degree to which the jail's dental facility only provides emergency care instead of comprehensive care, and whether an emergency only dental facility comports with the consent decree in Kaiser v. County of Sacramento, CIV S-91-0300 GGH.

\\\\

\\\\

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall file on the docket and serve Dr. Couch's report upon the parties.

2. Within 14 days the parties shall file supplemental briefing in light of the report. The briefing shall also address the degree to which the jail's dental facility only provides emergency care instead of comprehensive care and whether an emergency only dental facility comports with the consent decree in <u>Kaiser v. County of Sacramento</u>, CIV S-91-0300 GGH.

3. Plaintiff's motion for a supplemental order (Doc. 80) is denied as moot, in light of the dental report.

DATED: June 3, 2011        /s/ Gregory G. Hollows
                           UNITED STATES MAGISTRATE JUDGE

GGH: AB
chan2006.ord7