IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MADY CHAN,

    Plaintiff,                    No. CIV S-09-2006 MCE GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.

ORDER

/

        Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On June 15, 2010, the undersigned issued a discovery and scheduling order stating that discovery was due by October 1, 2010, and pretrial motions due by December 27, 2010. Doc. 36. On October 1, 2010, plaintiff filed a motion to amend and an amended complaint. On December 29, 2010, the undersigned vacated the December 27, 2010, dispositive motion deadline. On January 20, 2011, the undersigned granted plaintiff's motion to amend in part and allowed one additional claim to be added to the action. On February 17, 2011, defendants filed a supplemental answer. Since that time there has been a great deal of litigation involving plaintiff's motion for injunctive relief and findings and recommendations are currently pending.

////

Therefore, a new dispositive motion deadline shall be set for December 27, 2011. Motions shall be briefed in accordance with paragraph 7 of this court's order filed December 7, 2009.

Accordingly, IT IS HEREBY ORDERED that:

1. The dispositive motion deadline is now set for December 27, 2011. Motions shall be briefed in accordance with paragraph 7 of this court's order filed December 7, 2009.

2. Pretrial conference and trial dates will be set, as appropriate, following adjudication of any dispositive motion, or the expiration of time for filing such a motion.

DATED: October 4, 2011

            /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
chan2006.ord9