1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

11  MADY CHAN,                        No. 2:09-cv-02006-MCE-GGH

12          Plaintiff,

13      v.                            <u>MEMORANDUM AND ORDER</u>

14  COUNTY OF SACRAMENTO, et al.,

15          Defendants.

16                         ----oo0oo----

17

18      Plaintiff, a state prisoner proceeding pro se, has filed

19  this civil rights action seeking relief under 42 U.S.C. § 1983.

20  The matter was referred to a United States Magistrate Judge

21  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

22      On July 5, 2011, the magistrate judge filed findings and

23  recommendations herein which were served on all parties and which

24  contained notice to all parties that any objections to the

25  findings and recommendations were to be filed within fourteen

26  days.  Defendants have filed objections to the findings and

27  recommendations.

28  ///

1

1    In accordance with the provisions of 28 U.S.C.

2 § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de

3 novo review of this case.  Having carefully reviewed the entire

4 file, the Court finds oral argument is necessary to reach a

5 decision on Plaintiff's Motion for Temporary Restraining Order

6 and Preliminary Injunction ("Motion") (ECF No. 56).  Hearing on

7 this matter is hereby set before this Court at **2:00 p.m.** on

8 Thursday, **November 3, 2011,** in Courtroom 7.  Not later than

9 Thursday, **October 20, 2011,** the parties are to submit

10 simultaneous supplemental briefing, not to exceed fifteen (15)

11 pages, on the following issues:

12    1.    The relevance of the Kaiser Consent Decree to

13          Plaintiff's claims and to his instant Motion;

14    2.    Whether the Sacramento County Main Jail is generally

15          required by the Eighth Amendment or the Kaiser Consent

16          Decree to provide inmates (short-term or long-term)

17          with root canal therapy;

18    3.    Whether, under the specific circumstances of

19          Plaintiff's case, the Sacramento County Main Jail is

20          required by the Eighth Amendment or the Kaiser Consent

21          Decree to provide Plaintiff with root canal therapy;

22    4.    The cause of Plaintiff's injuries (i.e., whether the

23          use of temporary fillings, the failure to provide root

24          canal therapy followed by permanent fillings or some

25          other factor caused Plaintiff's injuries); and

26 ///

27 ///

28 ///

2

1    5.   Whether root canal therapy followed by permanent

2         fillings could have saved Plaintiff's teeth at the time

3         of initial treatment or could still save his teeth now.

4    IT IS SO ORDERED.

5
Dated: October 6, 2011

6

7    _____

8    MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28