IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MADY CHAN,

    Plaintiff,                    No. CIV S-09-2006 MCE GGH P

    vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.

ORDER
_____/

        Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On October 13 and 18, 2011, court orders sent to plaintiff at Sacramento County Main Jail (SCMJ) were returned to the court as undeliverable. One order that plaintiff did not receive set a hearing before the District Judge on November 3, 2011, and set October 20, 2011, as a deadline to file briefing.

        The court understands that plaintiff is still incarcerated at SCMJ, there are no security holds preventing him from receiving mail, and it appears the court orders were properly addressed and properly listed plaintiff's locator number. Yet, plaintiff is not receiving his legal mail. By Wednesday, October 26, 2011, defendants shall provide a statement to the court describing either why plaintiff is not receiving his mail or resolving what ever issue was

////

1  impeding the delivery of the mail.[1]

2           Accordingly, IT IS HEREBY ORDERED that by Wednesday, October 26, 2011,

3  defendants shall provide a statement to the court describing either why plaintiff is not receiving

4  his mail or resolving whatever issue was impeding the delivery of the mail

5  DATED: October 21, 2011

6                                        /s/ Gregory G. Hollows
                                         UNITED STATES MAGISTRATE JUDGE

7  GGH: AB
   chan2006.ord10

---

[1] This case was filed on July 21, 2009, and there have been no prior issues with plaintiff receiving mail at SCMJ.