IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MADY CHAN,

    Plaintiff,                      No. CIV S-09-2006 MCE GGH P

   vs.

COUNTY OF SACRAMENTO, et al.,

    Defendants.

ORDER
_____/

        Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On October 13 and 18, 2011, court orders sent to plaintiff at Sacramento County Main Jail (SCMJ) were returned to the court as undeliverable. The court understands that plaintiff is still incarcerated at SCMJ, there are no security holds preventing him from receiving mail, and it appears the court orders were properly addressed and properly listed plaintiff's locator number. Defendant was ordered to provide a statement regarding this situation and timely filed a declaration (Doc. 92).

        Apparently, SCMJ now requires an inmates exact location to guarantee that an inmate receive legal mail.[1] The court, nor does it appear the inmates, were notified of this. It

---

[1] Due to the potential for rapid, or sequential, transfers of inmates withing the SCMJ, without notice to the court, the potential exists for legal mail never catching up with this new

1

would also appear that other SCMJ inmates with matters in federal court may not be receiving their legal mail.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court resend Docs. 87, 88, 89, 90, 91 and 92 to plaintiff at the new address.

DATED: October 28, 2011

                                    /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

GGH: AB
chan2006.ord11

---

system despite an inmate's attempts to change address– actions which do logistically burden the court especially if done on a sequential basis.  The court may well take up at a later time the issue of a mail system designed to cause problems to those entities which rely on reliable mail delivery within the jail.

would also appear that other SCMJ inmates with matters in federal court may not be receiving their legal mail.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court resend Docs. 87, 88, 89, 90, 91 and 92 to plaintiff at the new address.

DATED: October 28, 2011

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH: AB
chan2006.ord11

---

system despite an inmate's attempts to change address– actions which do logistically burden the court especially if done on a sequential basis.  The court may well take up at a later time the issue of a mail system designed to cause problems to those entities which rely on reliable mail delivery within the jail.