IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MADY CHAN,

      Plaintiff,                              No. CIV S-09-2006 MCE GGH P

   vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.                  ORDER

_____/

        Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. The court notes that plaintiff has filed many other requests for the appointment of counsel which have all been denied and plaintiff has skillfully pursued this litigation which is rather straightforward. The court has already appointed an independent dentist to provide a report, but the appointment of counsel is not warranted at this time. Plaintiff's motion for the appointment of counsel will therefore be denied.

1

1 Accordingly, IT IS HEREBY ORDERED that plaintiff's November 3, 2011
2 motion for the appointment of counsel (Docket No. 95) is denied.
3 DATED: November 20, 2011

                                        /s/ Gregory G. Hollows
                                 UNITED STATES MAGISTRATE JUDGE

GGH:mp
chan2006.31