UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MADY CHAN,                                No. 2:09-cv-02006-MCE-GGH

    Plaintiff,

  v.                                      ORDER

COUNTY OF SACRAMENTO, et al.,

    Defendants.

----oo0oo----

By Memorandum and Order filed October 7, 2011 (ECF No. 88), this Court requested simultaneous supplemental briefing not later than October 20, 2011 with respect to Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 56).  A hearing was thereafter scheduled for November 3, 2011.  By Minute Order dated October 27, 2011, this continued the November 3, 2011 on its own motion to December 1, 2011, with briefing due beforehand on October 7, 2011.

The Court was subsequently advised that mail addressed to Plaintiff was returned as undeliverable.

1

After rectifying that situation with the Sacramento County Main Jail, where Plaintiff is currently incarcerated, documents addressed to Plaintiff, including the request for supplemental briefing, were re-served on November 3, 2011.

By ex parte motion dated November 3, 2011 and filed on November 7, 2011, Plaintiff requests a 20-day extension of time to file the requested supplemental brief given the delivery issue mentioned above and the fact that as of November 3, 2011, Plaintiff still had not received the Court's Order.  That Motion (ECF No. 96) was unopposed and, good causing appearing, is hereby GRANTED.  Simultaneous supplemental briefing as set forth in the Court's previous October 7, 2011 Memorandum and Order is now due not later than **November 30, 2011.**  In order to accommodate that extension, the December 1, 2011 on Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction is continued to **December 15, 2011 at 9:00 a.m.** in Courtroom No. 7.

IT IS SO ORDERED.

Dated: November 22, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE