UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MADY CHAN,   No. 2:09-cv-02006-MCE-GGH

    Plaintiff,

  v.   ORDER

COUNTY OF SACRAMENTO, et al.,

    Defendants.

----oo0oo----

The United States Marshal's Office is hereby directed to locate Plaintiff Mady Chan, a federal prisoner currently housed at the Sacramento County Main Jail, X. Ref. X2405573, and produce the inmate on December 15, 2011 at 9:00 a.m. in Courtroom No. 7 of the United States Courthouse, 501 I Street, Sacramento, California.

IT IS SO ORDERED.

Dated: December 8, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1