UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MADY CHAN,                                No. 2:09-cv-02006-MCE-GGH

     Plaintiff,

  v.                                      ORDER

COUNTY OF SACRAMENTO, et al.,

     Defendants.

----oo0oo----

Before the Court is pro se Plaintiff Mady Chan's Request for Transcripts at Government Expense(ECF No. 116). For the reasons that follow, the Request is **GRANTED**.

A litigant who has been granted in forma pauperis status may move to have transcripts produced at government expense. See 28 U.S.C. § 753(f); McKinney v. Anderson, 924 F.2d 1500, 1511-12 (9th Cir. 1991). Two statutes must be considered whenever the district court receives a request to prepare transcripts at the government's expense.

///
///

1

1 First, 28 U.S.C. § 1915(c) defines the limited circumstances
2 under which the court can direct the government to pay for
3 transcripts for a litigant proceeding in forma pauperis.

> (c) Upon the filing of an affidavit in accordance with subsections (a) and (b) and the prepayment of any partial filing fee as may be required under subsection (b), the court may direct payment by the United States of the expenses of (1) printing the record on appeal in any civil or criminal case, if such printing is required by the appellate court; (2) preparing a transcript of proceedings before a United States magistrate judge in any civil or criminal case, if such transcript is required by the district court, in the case of proceedings conducted under section 636(b) of this title or under section 3401(b) of title 18, United States Code; and (3) printing the record on appeal if such printing is required by the appellate court, in the case of proceedings conducted pursuant to section 636(c) of this title. Such expenses shall be paid when authorized by the Director of the Administrative Office of the United States Courts.

28 U.S.C. § 1915(c).

Second, 28 U.S.C. § 753(f) allows the court to order the government to pay for transcripts only if "the trial judge or a circuit judge certifies that the appeal is not frivolous (but presents a substantial question)."  28 U.S.C. § 753(f).  A request for a transcript at government expense should not be granted unless the appeal presents a substantial question. Henderson v. United States, 734 F.2d 483, 484 (9th Cir. 1984).

Plaintiff is proceeding pro se and the magistrate judge has determined that Plaintiff is entitled to continue his in forma pauperis status on appeal and that the appeal is not frivolous.

///
///
///

The Court is in accord with these findings and GRANTS Plaintiff's Request for Transcripts at Government Expense.  The court reporter is directed to provide Plaintiff with a transcript of the December 15, 2011 hearing.

    IT IS SO ORDERED.

Dated: March 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE